**Ellis MESSER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 23, 1959.

Carlos B. Pope, J. B. Campbell, Barbourville, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Knox Circuit Court, Hon. Sampson B. Knuckles, Judge, from a judgment convicting appellant of possessing intoxicating liquor for the purpose of sale in local option territory and fixing his punishment at a fine of $50 and confinement in the county jail for 30 days. We have carefully examined the record and find no error therein.

The motion for an appeal is denied, and the judgment is affirmed.